**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

EMILY MILLER,

    Plaintiff,

v.                                    CASE NO.: 6:23-cv-01226-RBD-DCI

HIDDEN OAKS, LLC d/b/a
MEDICI MEDIA, and
TIMOTHY MUCCIANTE,
an individual,

    Defendants.
_____/

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, **EMILY MILLER**, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation: **N/A.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated

entity, a party must list the citizenships of all members or partners of that entity.[1]] **N/A.**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

> **Emily Miller – Plaintiff**
> **Ashwin R. Trehan – Attorney for Plaintiff**
> **Wenzel Fenton Cabassa, P.A. – Counsel for Plaintiff**
> **Hidden Oaks LLC d/b/a Medici Media – Defendant**
> **Timothy Mucciante – Defendant**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome: **None.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee: **None.**

6. Identify each person arguably eligible for restitution: **Emily Miller.**

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

Dated this 13th day of July, 2023.

        Respectfully submitted,

        */s/ Ashwin R. Trehan*
        **ASHWIN R. TREHAN**
        Florida Bar No. 42675
        **Wenzel Fenton Cabassa P.A.**
        1110 N. Florida Avenue
        Suite 300
        Tampa, Florida 33602
        Main No.: 813-224-0431
        Direct No.: 813-774-3391
        Facsimile No.: 813-229-8712
        Email: atrehan@wfclaw.com
        Email: aketelsen@wfclaw.com
        **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of July, 2023, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system. I further certify that I mailed a true and accurate copy of the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Hidden Oaks, LLC d/b/a Medici Media
c/o InCorp Services, Inc.
40600 Ann Arbor Road East, Suite 200
Plymouth, MI 48170

Timothy Mucciante
1098 Ann Arbor Road W
Plymouth, MI 48170

        */s/ Ashwin R. Trehan*
        **ASHWIN R. TREHAN**