# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

EMILY MILLER,

    Plaintiff,

v.

HIDDEN OAKS LLC D/B/A MEDICI MEDIA and TIMOTHY MUCCIANTE,

    Defendants.

_____/

Case No.: 6:23-CV-01226-RBD-DCI

## **UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL**

Defendants, Hidden Oaks LLC d/b/a Medici Media and Timothy Mucciante (collectively, "Defendants"), hereby move for the substitution of counsel and state as follows:

1. Defendants consent to Kelsky Law, P.A. and Brad E. Kelsky, Esq. withdrawing as counsel of record for Defendants and substituting the law firm of Jimerson Birr, P.A. and Stewart J. Subjinski, Esq. in their place.

2. Kelsky Law, P.A. and Brad E. Kelsky, Esq. consent to this Motion.

WHEREFORE, Defendants request the Court enter an order permitting Kelsky Law, P.A. and Brad E. Kelsky, Esq. to withdraw as counsel of record for Defendants and substituting the law firm of Jimerson Birr, P.A. and Stewart J. Subjinski, Esq. in their place, stating that Brad Kelsky, Esq. and Kelsky Law, P.A.

shall have no further obligation to Defendants, and granting all other and further relief the Court deems just and proper.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned hereby certifies that he has conferred with counsel to Plaintiff on February 21, 2024, via email. Plaintiff does not object to this Motion.

| | |
|---|---|
| **JIMERSON BIRR, P.A.** | **KELSKY LAW, P.A.** |
| By: /s/ Stewart J. Subjinski | By: /s/ Brad E. Kelsky (with permission) |
| Charles B. Jimerson | Brad E. Kelsky |
| Florida Bar No. 21750 | 150 South Pine Island Rd |
| cjimerson@jimersonfirm.com | Suite 300 |
| Stewart J. Subjinski | Plantation, FL 33324 |
| Florida Bar No. 1031488 | 954-449-1400 |
| ssubjinski@jimersonfirm.com | Fax: 954-449-8986 |
| Natasha V. Fisher | Email: bradkelsky@kelskylaw.com |
| Florida Bar No. 1049798 | |
| nfisher@jimersonfirm.com | |
| One Independent Drive, Suite 1400 | |
| Jacksonville, FL 32202 | |
| Telephone: (904) 389-0050 | |
| Facsimile: (904) 212-1269 | |
| kathrynv@jimersonfirm.com | |
| fileclerk@jimersonfirm.com | |

## **CERTIFICATE OF SERVICE**

I CERTIFY that the foregoing document was electronically filed with the U.S. District Court on this 21st day of February 2024, via CM/ECF and was served this day on all counsel and all parties entitled to notice via CM/ECF.

/s/ Stewart J. Subjinski
Attorney
