UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EMILY MILLER,

        Plaintiff,

v.

HIDDEN OAKS LLC D/B/A MEDICI MEDIA and TIMOTHY MUCCIANTE,

        Defendants.
_____/

Case No.: 6:23-CV-01226-RBD-DCI

## NOTICE OF CLAIM OF ATTORNEY'S CHARGING LIEN

Jimerson Birr, P. A. ("Jimerson Birr") is entitled to a charging lien in the above styled case for its representation of, HIDDEN OAKS LLC D/B/A MEDICI MEDIA and TIMOTHY MUCCIANTE (collectively "Parties"). The lien claim is for expenses and legal fees due to Jimerson Birr pursuant to the Parties' agreement of Jimerson Birr to represent them. The lien is claimed against any and all monies or other property to which the Parties are entitled in the above styled case.

**JIMERSON BIRR, P.A.**

By: _____
Charles B. Jimerson
Florida Bar No. 21750
cjimerson@jimersonfirm.com
Stewart J. Subjinski
Florida Bar No. 1031488
ssubjinski@jimersonfirm.com
Natasha V. Fisher
Florida Bar No. 1049798
nfisher@jimersonfirm.com
One Independent Drive, Suite 1400
Jacksonville, FL 32202
Telephone: (904) 389-0050
Facsimile: (904) 212-1269
kathrynv@jimersonfirm.com
*Attorneys for
Defendants/Counterclaim Plaintiffs
Hidden Oaks, LLC d/b/a Medici
Media and Timothy Mucciante*

## CERTIFICATE OF SERVICE

I CERTIFY that the foregoing document was electronically filed with the U.S. District Court on this 22nd day of March 2024, via CM/ECF and was served this day on all counsel and all parties entitled to notice via CM/ECF.

_____
Attorney

2