UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EMILY MILLER,

                                              Case No.: 6:23-CV-01226-RBD-DCI

    Plaintiff,

v.

HIDDEN OAKS LLC D/B/A MEDICI MEDIA and TIMOTHY MUCCIANTE,

    Defendants.
_____/

## UNOPPOSED MOTION TO RESCHEDULE HEARING AND REQUEST FOR REMOTE APPEARANCE

Stewart J. Subjinski, Esq., as counsel for Defendants, Hidden Oaks LLC d/b/a Medici Media and Timothy Mucciante, (together, "Defendants"), hereby request a rescheduling of the Hearing scheduled for September 18, 2024, at 11:30 a.m. along with their request for remote appearance with regard to Amended Unopposed Motion of Charles B. Jimerson, Esq., Natasha V. Fisher, Esq., and Stewart J. Subjinski, Esq., to Withdraw as Counsel for Defendants Hidden Oaks LLC d/b/a Medici Media and Timothy Mucciante as Counsel for the Defendants ("Motion") and as grounds states the following:

1. On August 30, 2024, Charles B. Jimerson, Esq., Natasha V. Fisher, Esq., and Stewart J. Subjinski, Esq., filed their Motion to Withdraw as Counsel for Defendants Hidden Oaks LLC d/b/a Medici Media and Timothy Mucciante.

2. On September 06, 2024, the court issued a Notice of Hearing on the Motion, which is set to occur on September 18, 2024, at 11:30 a.m.

3. Counselor, Stewart J. Subjinski, Esq., will be out of town on September 18, 2024, due to his wedding.

4. On September 10, 2024, Mr. Subjinski reached out to Plaintiff's counsel via email with request for later hearing date. Plaintiff's counsel has no objections.

5. Second, the undersigned is located in Jacksonville, Florida and seeks permission to appear remotely.

6. The Law Firm's remote attendance at the hearing on the Motion will not prejudice any party.

7. On September 10, 2024, Mr. Subjinski reached out to Plaintiff's counsel via email with request for remote appearance. Plaintiff's counsel has no objections.

8. This Motion is made in good faith and not for the purpose of delay.

9. It is respectfully submitted that no party will be prejudiced by the Court granting the relief requested herein.

**WHEREFORE**, Defendants respectfully request that this Honorable Court enter an Order rescheduling the September 18, 2024, hearing, grant remote appearance to all applicable parties and grant any and all further relief that this Court deems just and proper.

## CERTIFICATE OF CONFERENCE

I CERTIFY that on September 10, 2024, I contacted Plaintiff's counsel and Defendants via email to address the contents of this Motion and both Plaintiff's counsel and Defendants stated no objections.

_____
Attorney

**JIMERSON BIRR, P.A.**

By: _____
Stewart J. Subjinski
Florida Bar No. 1031488
ssubjinski@jimersonfirm.com
One Independent Drive
Suite 1400
Jacksonville, FL 32202
Telephone: (904) 389-0050
Facsimile: (904) 212-1269
kathrynv@jimersonfirm.com
fileclerk@jimersonfirm.com
*Attorneys for Defendants Hidden Oaks LLC d/b/a Medici Media and Timothy Mucciante*

## CERTIFICATE OF SERVICE

I CERTIFY that on September 10, 2024, the foregoing document was filed with the Clerk of Court via the CM/ECF system, causing it to be served on Plaintiff's counsel of record, and served Defendants via electronic mail at the following address:

Timothy Mucciante
1098 Ann Arbor Rd #330
Plymouth, MI 48170
mucciante@gmail.com

_____
Attorney

4