UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EMILY MILLER,

                                     Case No.: 6:23-CV-01226-RBD-DCI

      Plaintiff,

v.

HIDDEN OAKS LLC D/B/A
MEDICI MEDIA and TIMOTHY
MUCCIANTE,

      Defendants.

_____/

## AMENDED MOTION TO RESCHEDULE HEARING AND REQUEST FOR REMOTE APPEARANCE

Stewart J. Subjinski, Esq., Natasha V. Fisher, Esq., and Charles B. Jimerson, Esq., as counsel for Defendants, Hidden Oaks LLC d/b/a Medici Media and Timothy Mucciante, (together, "Defendants") (collectively, with Plaintiff, the "Parties"), hereby request a rescheduling of the Hearing scheduled for September 18, 2024, at 11:30 a.m. along with their request for remote appearance with regard to the Amended Unopposed Motion of Charles B. Jimerson, Esq., Natasha V. Fisher, Esq., and Stewart J. Subjinski, Esq., to Withdraw as Counsel for Defendants Hidden Oaks LLC d/b/a Medici Media and Timothy Mucciante as Counsel for the Defendants,

ECF No. 61 ("Amended Unopposed Motion to Withdraw")[1] and as grounds states the following:

1.      On February 21, 2024, the Parties consented to the entry of the Unopposed Motion for Substitution of Counsel, ECF No. [42], later granted by this Court pursuant to its Endorsed Order Granting and Denying in Part, ECF No. [44] and, thereby, permitting the termination of previous counsel and substitution of Mr. Subjinski as lead counsel for Defendants.

2.      In conjunction with such substitution, Mr. Subjinski filed the Notice of Appearance and Designation of Email Addresses, ECF No. [43], denoting himself and Ms. Fisher as counsel for Defendants.

3.      On August 12, 2024, Mr. Subjinski and Jimerson Birr, P.A., in its capacity as a law firm, filed the Unopposed Motion of Jimerson Birr, P.A. to Withdraw As Counsel for Defendants, ECF No. [58] ("Initial Unopposed Motion to Withdraw"), which this Court denied in its Endorsed Order Denying Without Prejudice, ECF No. [59], for, in pertinent part, failing to specifically designate a withdrawal on behalf of attorneys of record, as opposed to the Jimerson Birr, P.A. itself.

---

[1] Stewart J. Subjinski, Esq. ("Mr. Subjinski"), Natasha V. Fisher ("Ms. Fisher"), and Charles B. Jimerson ("Mr. Jimerson") shall be collectively referred to as "Counselors."

4.     Subsequently, on August 30, 2024, Counselors filed the Amended Unopposed Motion to Withdraw.

5.     As represented in the Initial Unopposed Motion to Withdraw and Amended Unopposed Motion to Withdraw, pursuant to Rule 2.02, Local Rules of the United States District Court for the Middle District of Florida,[2] Counselors provided Defendants with the requisite notice of their intent to withdraw as counsel for Defendants in this case, and Defendants did not object.

6.     As represented in the Initial Unopposed Motion to Withdraw and Amended Unopposed Motion to Withdraw, pursuant to Rule 3.01(g), Local Rules, Counselors conferred with counsel for Plaintiff, who also does not object to the withdrawal of the Counselors.

7.     On September 6, 2024, the court issued a Notice of Hearing on the Motion, which is set to occur on September 18, 2024, at 11:30 a.m.

8.     On September 10, 2024, Mr. Subjinski, on behalf of Counselors, reached out to Plaintiff's counsel via email, requesting (1) consent to a later hearing date; and (2) consent to remote appearance. Plaintiff's counsel did not object to either request.

9.     On September 16, 2024, the Court entered its Endorsed Order Granting in Part and Denying in Part the Amended Unopposed Motion, ECF No. [64]. In

---

[2] Referred to hereon as the "Local Rules."

3

particular, Mr. Subjinski was excused from attending the hearing, Mr. Jimerson and Ms. Fisher were required to attend the hearing in-person, and the hearing remains noticed for September 18, 2024 at 11:30 a.m.

10. However, Counselors require a later hearing date and remote appearance for the following reasons:

    a. Counselors are located in Jacksonville, Florida and would need to expend significant round trip travel time to appear physically when remote attendance at the hearing is neither opposed nor prejudicial to any party in this case;

    b. Mr. Subjinski will be out of town on September 18, 2024 (and through Monday, September 22, 2024) due to his wedding;

    c. Ms. Fisher is no longer employed with Jimerson Birr, P.A. and presently resides in Manhattan, New York, having moved on Monday, September 16, 2024;[3] and

    d. Mr. Jimerson will be out of town on September 18, 2024 due to previously scheduled, out-of-state travel arrangements through Monday, September 22, 2024.

---

[3] Should the Court require her appearance to effectuate the relief requested in the Amended Motion to Withdraw, Ms. Fisher can appear remotely at a rescheduled hearing.

11.     This Amended Motion is made in good faith to clarify Counselors' need for the relief requested herein and is not made for the purpose of delay.

12.     It is respectfully submitted that no party will be prejudiced by the Court granting the relief requested herein.

**WHEREFORE**, Defendants respectfully request that this Honorable Court enter an Order rescheduling the September 18, 2024, hearing, grant remote appearance to all applicable parties on the rescheduled date, and grant any and all further relief that this Court deems just and proper.

**JIMERSON BIRR, P.A.**

By: _____

Stewart J. Subjinski
Florida Bar No. 1031488
ssubjinski@jimersonfirm.com
Charles B. Jimerson
Florida Bar No. 21750
cjimerson@jimersonfirm.com
One Independent Drive
Suite 1400
Jacksonville, FL 32202
Telephone: (904) 389-0050
Facsimile: (904) 212-1269
kathrynv@jimersonfirm.com
fileclerk@jimersonfirm.com

**NATASHA V. FISHER, ESQ.**

By: _____

Natasha V. Fisher
Florida Bar No. 1049798
natasha.fisher99@gmail.com

## **<u>CERTIFICATE OF SERVICE</u>**

I CERTIFY that on September 18, 2024, the foregoing document was filed

with the Clerk of Court via the CM/ECF system, causing it to be served on

Plaintiff's counsel of record, and served Defendants via electronic mail at the

following address:

Timothy Mucciante
1098 Ann Arbor Rd #330
Plymouth, MI 48170
mucciante@gmail.com

                                                      _____
                                                             Attorney